# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EBONE LEROY EAST, | ) | NO. ED CV 09-142-GW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| K. LEWIS, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered: (1) denying Defendants' Motion for Summary Judgment with regard to Plaintiff's excessive force claims; and (2) granting summary judgment in favor of Defendant Woodward.

///
///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff and counsel for
3 Defendants.

5  DATED: November 2, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE