**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EBONE LEROY EAST, | ) | NO. ED CV 09-142-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| K. LEWIS, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that: (1) Defendants' Motion for Summary Judgment is denied with regard to Plaintiff's excessive force claims; and (2) summary judgment is granted in favor of Defendant Woodward.

DATED: November 2, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE