**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EBONE LEROY EAST,                         )     CASE NO.: EDCV 09-142-GW(Ex)
                                          )
                    *Plaintiff,*          )     **ORDER RE: DISMISSAL**
                                          )
        vs.                               )
                                          )
K. LEWIS, et al.,,                        )
                                          )
                                          )
                    *Defendants.*         )
_____           )

        GOOD CAUSE appearing therefore,

        IT IS HEREBY ORDERED that the above-captioned action is dismissed.  Each

party shall bear their own costs and fees incurred in connection with the prosedution of

and/or the defense of this action against each of the parties.

DATED: December 6, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1